

**Altisource**® Real Estate Valuation Services

**Borrower:**    H Williams Jr, John

**Address:**    3104  N Coltrane Rd, Oklahoma City, OK 73121



Date of Report:  10/06/2015
Loan Id:  ███████
Product:  BPO

| Property Characteristics | | |
|---|---|---|
| | **Broker Opinion** | **Reconciled Opinion** |
| Property Type | Single Family Residence | Single Family Residence |
| GLA | 1836 | 1863 |
| Bedroom (count) | 3 | 3 |
| Bathroom (count) | 1 | 1 |
| Half-Bathroom (count) | 1 | 1 |
| Age | 75 | 75 |
| Condition | A-Average | A-Average |
| View | Typical | Typical |
| Location | Rural | Suburban |
| Occupancy | Vacant | Vacant |
| Lot Size | 43560 | 43560 |
| Average Months in Market | | 4 |
| Broker Market Value | 87700.00 | |
| **Reconciled Market Value:** | **$87700.00** | |

Exhibit "1"



**Altisource®** | Real Estate
Valuation Services

## Review Comments:

Note: ARN comments below.

The origination appraisal in CIS describes the subject as a now 75 year-old, 1863 SF, 1 story detached traditional style SFR home with 3 bedrooms, 1.5 bathrooms, no basement and 2 car detached garage on 43560 SF Fee Simple in suburban area of Oklahoma City, OK 73121.

The current BPO describes the subject similarly. Being an interior inspection, the O/A appears to be the most reliable source of information on the subject and was relied on as the floor sketch appeared to be correct.

The subject is reported to be vacant.

Based on the exterior pictures provided in the order, the overall condition of the subject appears to be average, with deferred maintenance observed in the subject photos.

As per external sites the subject has not sold in the past 36 months and is not currently listed for sale.

No external obsolescence was noted.

Market conditions as reported by broker are described as stable in the past 12 months, there is an in-balance supply of available properties, and marketing times were reported as 3-6 months.

Online market data for subject's zip code was not available.

The subject's market appears significant REO driven (60%) (External research presented 15 homes in REO status out of 25 listings in the subject's zip code).

The vendor provided comparable properties are located at 0.9 miles to 5.1 miles from the subject.

They bracket the subject's size and were all reported to be in similar condition to the subject.

NOTE : Due to lack of adequate comparables, search parameters had to be extended and exception was considered for GLA, location.

Greatest weight was placed on sale comp 2 from the BPO ; located at 1.2 miles from the subject.

Additionally, weight was placed on listing comp 3 from the BPO.

The comparables were adjusted for GLA, lot size, List-to-Sale, Age/Condition, Bedrooms, Garage, REO market.

The reviewed value for the subject property is $86,500 to $88,900.

Based on review of BPO market data, additional market data & comps supplied by online sources, no significant change from prior reviewed values appears warranted. The online data in subject's immediate neighborhood or subdivision supports the current reviewed values.
Sales: $ 76,000.00   $85,000.00   $132,000.00
Listings: $ 63,000.00   $109,900.00   $130,000.00