

**Dated: October 21, 2015**

**The following is ORDERED:**

Janice D. Loyd
U.S. Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: John and Deanna Williams | ) <br> ) <br> ) CASE NO. 15-13717 |
| DEBTORS | ) <br> ) CHAPTER 13 <br> ) |

### ORDER DETERMINING VALUE OF COLLATERAL

COMES ON for consideration is the Debtors' Motion to determine value of collateral **(Doc# 13)**, real property which is located at **1309 NE 45th Street, Oklahoma City, OK** and securing the claim of the Creditor, **OCWEN.** Debtors' counsel represents to the Court that the Motion was properly filed and served on the named Creditor on the 30th day of September, 2015. The last day for filing objections was Wednesday, October 14, 2015, which has passed with one objection thereto being filed and served by the Chapter 13 Trustee. The Chapter 13 Trustee's objection addresses only the request for Attorney compensation. Counsel represents that the objection filed by the Chapter 13 Trustee has been resolved. Accordingly, the Motion should be granted insofar as determining a value of the collateral.

IT IS THEREFORE ORDERED that the real property located at **1309 NE 45th Street,**

Oklahoma City, OK is determined to have a value of **$54,895.00**.

**All findings of facts are based upon representations by Counsel for the Debtors.**

###

APPROVED FOR ENTRY:

*[signature]*

Gabriel Rivera OBA# 14454
3605 Philips
P.O. Box 7837
Moore, OK 73153-1837
Rivassoc9@gmail.com
(405)237-3352 Phone and fax
Attorney for Debtors


/S Linda Ruschenberg
Linda Ruschenberg, OBA #12842
321 Dean A McGee Ave.
P.O. Box 1948
Oklahoma City, OK 73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 fax
Attorney for Chapter 13 Trustee