

Dated: November 25, 2015

The following is ORDERED:



Janice D. Loyd
U.S. Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: John and Deanna Williams | )<br>)<br>) CASE NO. 15-13717 |
| DEBTORS | )<br>) CHAPTER 13<br>) |

### AGREED ORDER DETERMINING VALUE OF COLLATERAL

COMES ON for consideration is the Debtors' Motion to determine value of collateral (**Doc# 16**), real property which is located at **3204 N. Bryant Ave, Oklahoma City, OK** and securing the claim of **BANK OF NEW YORK MELLON** represented by **OCWEN**. Debtors' counsel represents to the Court that the Motion was properly filed and served on the named Creditor on the 30th day of September, 2015. The last day for filing objections was Wednesday, October 14, 2015, which has passed with a timely filed objection by **OCWEN**, (doc #45). As evidenced by the signatures of the undersigned counsel, the parties have reached an agreement as to the value of the collateral securing the claim of **BANK OF NEW YORK MELLON** which is serviced by **OCWEN**. That agreed value is $83,000.00.

IT IS THEREFORE ORDERED that the real property located at **3204 N. Bryant Ave, Oklahoma City, OK** is determined to have a value of **$83,000.00**.

**All findings of facts are based upon representations by Counsel for the Debtors.**

###

APPROVED FOR ENTRY:

*/s/ Gabriel Rivera*
Gabriel Rivera OBA# 14454
3605 Philips
P.O. Box 7837
Moore, OK 73153-1837
Rivassoc9@gmail.com
(405)237-3352 Phone and fax
Attorney for Debtors


s\ Kirk Cedja
Kirk Cedja OBA# 12241
770 NE 63rd Street
Oklahoma City, OK 73105-6431
kcejda@logs.com
(405)848-1819
Attorney for OCWEN