IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| IN RE: | **John and Deanna** | ) | Case No. 15-13717 |
| | **Williams** | ) | |
| | | ) | |
| | **Debtors.** | ) | **Chapter 13** |

### MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 11

COMES NOW the debtors, John and Deanna Williams, by and through their counsel, and, pursuant to11 U.S.C.§1307(d) and Rule1017(f) Fed.R.Bankr.P., move this court for an order converting this Chapter 13 case to a case under Chapter 11 of the Bankruptcy Code. In support of their motion, the Debtors would show the Court the following:

1. On September 29, 2015, this case was originally commenced by the filing of a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. Debtors' purposed Chapter 13 plan has not been confirmed.

3. This Chapter 13 case has not been previously converted.

4. Title 11 U.S.C.§1307(d) authorizes the Court to convert a Chapter 13 case to one under Chapter 11, provided that a purposed chapter 13 plan has not been confirmed. *See, 11U.S.C.§ 1307(d).*

5. Debtors qualify as "small business debtors" as defined by 11 U.S.C. §101 (51D).

6. Debtors respectfully request that their Chapter 13 case be converted to a case under Chapter 11.

**Wherefore** Debtors pray that this court enter it's order converting this Chapter 13 case to one as a Small Business Chapter 11 case.

## **NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant requested relief, or wish to have your views considered, you must file a written response or objection to the requested relief with the Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of the filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

Respectfully Submitted,

*/s/ Gabriel Rivera*

Gabriel Rivera, OBA #14454
3605 Phillips Street
P.O. Box 7837
Moore, Oklahoma 73153-1837
Rivassoc9@gmail.com
(405) 237-3352 phone & fax

## CERTIFICATE OF SERVICE

    This is to certify that on the 30th day of November 2015 a true and correct copy of the foregoing motion was mailed first class, postage pre-paid to all parties listed on the attached Exhibit "A" and to the following party:

John Hardeman
Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK 73101

JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Attorney for Movant

Kirk J. Cejda #12241
770 NE 63rd St
Oklahoma City, OK 73105-6431
(405)848-1819
Attorney for Secured Creditor
(405)848-2009 (Facsimile No.)
okecfwestern@logs.com

*[signature]*
Gabriel Rivera

EXHIBIT "A"
PAGE 1 OF 2

BRANCH AND HURTT
1525 SW 89TH
OKLAHOMA CITY OK

CITI MORTGAGE
PO BOX 6360
SIOUX FALLS SD 57117

ESKRIDGE LEXUS
700 W MEMORIAL ROAD
OKLAHOMA CITY OK 73114

IRS
SPECIAL PROCEDURES
55 NORTH ROBINSON
OKLAHOMA CITY OK 73101

NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE TX 75067

NAVIENT/SALLIE MAE
PO BOX 9500
WILKES BARRE PA 18773

OCWEN
P.O. BOX 24738
WEST PALM BEACH FL 33416-4738

RIVERA & ASSOCIATES
P.O. BOX 7837
OKLAHOMA CITY OK 73153

SPS
SELECT PORTFOLIO SERVICES
BANK OF NEW YORK
PO BOX 65450
SALT LAKE CITY UT 84165

SURE CHECK BROKERAGE
141 S 4TH STREET
SALINA KS 67401

EXHIBIT "A"
PAGE 2 OF 2